

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-21-00100-CV**

**EX PARTE BONNIE ALLEN THOMAS**

_____

**Original Proceeding**

**From the 18th District Court**
**Johnson County, Texas**
**Trial Court No. DC-D202000937**

_____

**MEMORANDUM OPINION**

_____

Petitioner's Emergency Application for the Extraordinary Writ of Habeas Corpus

is denied.

MATT JOHNSON
Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Davis[1]
Petition denied
Opinion delivered and filed May 21, 2021
[OT06]



---

[1] The Honorable Rex Davis, Senior Justice of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.